NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO MONTEZ MITCHELL, )
)
Appellant, )
)
v. )           Case No. 2D17-2856
)
STATE OF FLORIDA, )
)
Appellee. )
_____)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Jamie Spivey, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ATKINSON, JJ., Concur.